**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Isabel DELGADO–MORENO, Defendant—Appellant.**

**No. 03–10025.**

United States Court of Appeals, Ninth Circuit.

Submitted April 12, 2004.*

Decided April 15, 2004.

Mary Beth Phillips, Esq., USPX—Office of the U.S. Attorney, Mumtaza Malaika Rahi–Loo, U.S. Attorney's Office, Phoenix, AZ, for Plaintiff–Appellee.

John R. Hannah, Esq., Hoidal & Hannah, P.L.C., Phoenix, AZ, for Defendant–Appellant.

Before: O'SCANNLAIN, RYMER, and BEA, Circuit Judges.

MEMORANDUM **

Isabel Delgado–Moreno appeals his conviction and 51–month sentence imposed following a jury trial conviction for illegal re-entry into the United States, following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Delgado–Moreno contends that the district court erred in admitting statements

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, petitioner's motion for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

made after he was given the warning required by *Miranda v. Arizona,* 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966), because they derived from an earlier, pre-*Miranda* statement. However, the record supports the district court's finding that both petitioner's pre-*Miranda* statement and his post-*Miranda* statements were voluntary and not a product of coercion. *See Oregon v. Elstad,* 470 U.S. 298, 318, 105 S.Ct. 1285, 84 L.Ed.2d 222 (1985). Accordingly, the post-*Miranda* statement was properly admitted, and we find no error. *See United States v. Gonzales-Sandoval,* 894 F.2d 1043, 1049 (9th Cir. 1990).

AFFIRMED.